In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-01-00135-CV


______________________________






IN THE MATTER OF THE MARRIAGE OF


ANTHONY LOBUE AND DORRIE M. LOBUE


AND IN THE INTEREST OF


AMY KATHRYN LOBUE, A CHILD






 


On Appeal from the 71st Judicial District Court


Harrison County, Texas


Trial Court No. 98-0426




 




Before Morriss, C.J., Grant and Ross, JJ.


Opinion by Justice Ross



O P I N I O N



 Anthony LoBue, appellant, has filed a motion asking this Court to dismiss his appeal
because of a settlement that has been reached between the parties. Pursuant to Tex. R.
App. P. 42.1, his motion is granted.

 The appeal is dismissed.


 Donald R. Ross

 Justice


Date Submitted: September 12, 2002

Date Decided: September 13, 2002


Do Not Publish



TER>


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Keith Dickey and wife, Suzann Dickey, appellants in this case, have filed a motion seeking
to dismiss their appeal. Pursuant to Tex. R. App. P. 42.1, their motion is granted.

 We dismiss the appeal.


 Bailey C. Moseley

 Justice


Date Submitted: December 21, 2009

Date Decided: December 22, 2009